FILED
2020 Jul-30  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/HBC August 2020
GJ # 8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **TRACY DAVID ROBERTS** | ) |

## INDICTMENT

**COUNT ONE:** [18 U.S.C. § 2261A(2)]

The Grand Jury charges that:

From in or about June 1, 2019, through in or about August 1, 2019, in the Northern District of Alabama and elsewhere, the defendant,

**TRACY DAVID ROBERTS,**

with intent to harass and intimidate another person, used an interactive computer service and an electronic communication service and an electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, to engage in a course of conduct that placed such person in reasonable fear of the death of or serious bodily injury to that person, an immediate family member of that person, and a spouse or intimate partner of that person, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, an immediate family member of that person, and a spouse or

intimate partner of that person, in violation of 18 U.S.C. § 2261A(2).

A TRUE BILL

*/s/ Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

                                                   PRIM F. ESCALONA
                                                   United States Attorney

                                                 */s/ Electronic Signature*

                                                _____

                                                 HENRY CORNELIUS
                                                 Assistant United States Attorney